# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| Jayme Richardson, | **Case No. 2:09-cv-02602-JWL-JPO** |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Benchmark Recovery Inc., | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:   /s/ Keith Wellman
Keith Wellman (Bar No. 22813)
1125 Grand, Suite 916
Kansas City, MO 64106
Tel:  866-339-1156
Fax: 1.312.822.1064
Email:  kaw@legalhelpers.com
*Attorney for Plaintiff*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail:

Benchmark Recovery Inc
c/o Incorp Services, Inc, Registered Agent
3900 SW 40th Terrace
Topeka, KS 66610

<i><u>/s/ Richard J. Meier</u></i>